**United States Bankruptcy Court**
**Central District of California**

In re   Kevin Ma                                                                  Case No.   2:15-bk-19580
                                          Debtor(s)                               Chapter    7

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, __Kevin Ma__, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☑   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
    (NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
    (NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date   June 25, 2015                            Signature   _/s/ Kevin Ma_
                                                            **Kevin Ma**
                                                            Debtor

Mountain High Corp
9133 Garvey Ave.
El Monte, CA 91770

Kevin Ma
1005 E. Las Tunas Drive, #353
San Gabriel, CA 91776

| **Employee Pay Stub** | Check number: | | Pay Period: 05/01/2015 - 05/31/2015 | Pay Date: 05/31/2015 |
|---|---|---|---|---|
| **Employee** | | | **Status (Fed/State)** | **Allowances/Extra** |
| Kevin Ma, 1005 E. Las Tunas Drive, #353, San Gabriel, CA 91776 | | | Single/Single | Fed-1/0/CA-1/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Message |
|---|---|---|---|---|---|
| Salary | | | 4,000.00 | 20,000.00 | |
| **Taxes** | | | **Current** | **YTD Amount** | |
| Federal Withholding | | | -550.00 | -2,750.00 | |
| Social Security Employee | | | -248.00 | -1,240.00 | |
| Medicare Employee | | | -58.00 | -290.00 | |
| CA - Withholding | | | -150.00 | -750.00 | |
| CA - Disability Employee | | | -36.00 | -180.00 | |
| | | | -1,042.00 | -5,210.00 | |
| **Net Pay** | | | 2,958.00 | 14,790.00 | |

9133 Garvey Ave., El Monte, CA 91770 (626)288-7333

Mountain High Corp
9133 Garvey Ave.
El Monte, CA 91770

Kevin Ma
1005 E. Las Tunas Drive, #353
San Gabriel, CA 91776

| Employee Pay Stub | | Check number: | | | | Pay Period: 05/01/2015 - 05/31/2015 | Pay Date: 05/31/2015 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **Status (Fed/State)** | **Allowances/Extra** |
| Kevin Ma, 1005 E. Las Tunas Drive, #353, San Gabriel, CA 91776 | | | | | | Single/Single | Fed-1/0/CA-1/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Message |
|---|---|---|---|---|---|
| Salary | | | 4,000.00 | 20,000.00 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -550.00 | -2,750.00 |
| Social Security Employee | -248.00 | -1,240.00 |
| Medicare Employee | -58.00 | -290.00 |
| CA - Withholding | -150.00 | -750.00 |
| CA - Disability Employee | -36.00 | -180.00 |
| | -1,042.00 | -5,210.00 |
| **Net Pay** | **2,958.00** | **14,790.00** |

9133 Garvey Ave., El Monte, CA 91770 (626)288-7333